UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

**FILED**

MAR 1 1 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR 10-00931 LHK |
|     Plaintiff, | ) [PROPOSED] ORDER |
|     v. | ) |
| WILLIAM "BILLY" BETTENCOURT, | ) SAN JOSE VENUE |
|     Defendant. | ) |

Leave is granted to the government to dismiss the Indictment against William "Billy" Bettencourt.  It is further ordered that the arrest warrant issued in connection with the Indictment is quashed.

Date: 3/10/14

*Lucy H. Koh*

HON. LUCY H. KOH
United States District Judge

MOTION TO DISMISS
CR 10-00931 LHK